**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THOMAS KRAEMER,<br><br>Plaintiff,<br><br>v.<br><br>LISA SPITALE, ESQ.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-1962 (UNA) |

**MEMORANDUM OPINION**

This matter is before the Court on review of Thomas Kraemer's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court GRANTS the application, and for the reasons discussed below, DISMISSES the complaint and this civil action without prejudice.

Plaintiff, a New York resident and principal of Kraemer, Inc., is the natural father of Emilie Kraemer. *See* Compl. ¶¶ 23, 25. He brings this action against Lisa Spitale, Esq., who continues to serve as Emilie's guardian, *see id*. ¶¶ 26, 29, having been appointed by the Court of Common Pleas of Northampton County, Pennsylvania, Orphans Court Division, *see e.g., id*. ¶ 26. According to Plaintiff, Defendant's appointment is void ab initio, *see id*. ¶ 27, and Plaintiff appears to challenge every decision made by Defendant and others with respect to Emilie's education, care, and treatment, as well as the expenditure of funds on Emilie's behalf, *see, e.g., id*. ¶¶ 28-29. In addition to monetary damages, Plaintiff demands an Order "vacating the fraudulent guardianship appointment as void ab initio and restoring Plaintiff's parental rights and access to his daughter." *Id*. at 61. This the Court cannot do. Generally, a federal district court lacks jurisdiction to review or overturn the rulings of a state court. *See, e.g.*, *Hankins v. North*

*Carolina*, No. 21-5156, 2021 WL 4765428, at *1 (D.C. Cir. Oct. 7, 2021) (per curiam) (finding that "district court correctly concluded that it lacked jurisdiction over appellant's claims, which sought review of adverse decisions of the North Carolina state courts"). Further, "[f]amily relations are a traditional area of state concern," *Moore v. Sims*, 442 U.S. 415, 435 (1979), and the federal courts "customarily decline[] to intervene [in] the realm of domestic relations," *Elk Grove Unified School Dist. v. Newdow*, 542 U.S. 1, 12 (2004).

An Order is issued separately.

DATE: August 18, 2026

AMIT P. MEHTA
United States District Judge